STATE OF NEW JERSEY v. ROBERT EDWARD FOURATT.

July 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN LEE COLWELL.

July 1, 1974. Petition for certification denied.

FREDDIE SCHNELL v. TOWNSHIP OF MILLBURN.

July 1, 1974. Petition for certification granted. (See 127 *N. J. Super.* 155)

JEAN FIVEHOUSE v.
PASSAIC VALLEY WATER COMMISSION.

July 1, 1974. Petition for certification denied. (See 127 *N. J. Super.* 451)

STATE OF NEW JERSEY v. HERMAN LEAK.

July 1, 1974. Petition for certification denied. (See 128 *N. J. Super.* 212)

STATE OF NEW JERSEY v. GWENDOLIN SUBER.

July 1, 1974. Petition for certification denied.